JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEREMY KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RONALD SCOTT ROUFS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-cr-00392 LJO-SKO-1 |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | STATUS CONFERENCE; |
| ) | ORDER THEREON |
| RONALD SCOTT ROUFS, ) | |
| ) | Date:   June 3, 2013 |
| Defendant. ) | Time:   1:00 p.m. |
| ) | Dept :  Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for April 15, 2013, **may be continued to June 3, 2013 at 1:00 p.m.**

The parties request this continuance for additional time to negotiate a resolution in this case. Mr. Roufs is coming from the Lerdo jail, which will prevent defense counsel from discussing the recent plea offer prior to the currently-scheduled status conference. The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: April 10, 2013            By:    /s/ *David L. Gappa*
                                                  DAVID L. GAPPA
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                              JOSEPH SCHLESINGER
                                              Acting Federal Defender

DATED: April 10, 2013            By:    /s/ *Jeremy Kroger*
                                                  JEREMY S. KROGER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              RONALD SCOTT ROUFS

**O R D E R**

The parties' stipulated request for a continuance of the status conference date is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties resolve the case, they shall inform the court and reset the matter as a change of plea hearing before United States District Judge Lawrence J. O'Neill on or before June 3, 2013 at 8:30 a.m.

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   April 11, 2013**                            /s/ **Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE