HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RONALD SCOTT ROUFS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00392 LJO-SKO-1 |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON |
| RONALD SCOTT ROUFS, | |
| Defendant. | Date:  September 23, 2013<br>Time:  8:15 A.m.<br>Dept :  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter currently set for September 3, 2013, **may be continued to September 23, 2013 at 8:30 a.m.**

Defense counsel requests this change because he may be required to travel to Yosemite for work on the previously scheduled hearing date.  The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 26, 2013 | | By: | /s/ *David L. Gappa*<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: August 26, 2013 | | By: | /s/ *Jeremy Kroger*<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>RONALD SCOTT ROUFS |

**O R D E R**

IT IS SO ORDERED.

**Dated:   August 26, 2013**          /s/  Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE