IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-CR-00392 LJO |
| Plaintiff, | ORDER OF RELEASE |
| vs. | |
| RONALD SCOTT ROUFS | |
| Defendant. | |

The above named defendant having been sentenced to Time Served on September 23, 2013.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: September 23, 2013        /s/ Lawrence J. O'Neill
                                 United States District Judge